UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § § § § § | |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, | § § § § | Civil Action No. H-01-3624 **(Consolidated)** |
| Plaintiffs, | § § | |
| vs. | § § | |
| ENRON CORP., et al., | § § | |
| Defendants. | § § | |
| This Document Relates to: | § § | |
| SILVERCREEK MANAGEMENT, INC., et al. | § § § | Civil Action No. H-03-0815 **(Coordinated)** |
| Plaintiffs, | § § | |
| vs. | § § | |
| CITIGROUP, INC., et al. | § § § | |
| Defendants. | § § | |

## ORDER

The unopposed motion of the Financial Institutions for an extension of time to move to dismiss or answer the Silvercreek Plaintiffs' Third Amended Complaint is GRANTED.

The Financial Institutions shall move to dismiss or answer the Third Amended Complaint on or before September 27, 2011.

SO ORDERED this 1st day of ~~August~~ September, 2011.

_____
Honorable Melinda Harmon
UNITED STATES DISTRICT JUDGE