IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SILVERCREEK MANAGEMENT, INC., et al., }
}
vs. } CIVIL ACTION NO. H-03-815
}
SALOMON SMITH BARNEY, INC., et al. }

**SCHEDULING CONFERENCE**
**FRIDAY, SEPTEMBER 16, 2011**

**SIGN-IN SHEET**

**PLEASE PRINT**

| ATTORNEY | REPRESENTED PARTY |
|---|---|
| Richard W. Clary | CSFB Defendants |
| Odean L. Volker | " " |
| Eugene J. Frett | Plaintiffs |
| Christopher Kelly | JP Morgan Chase Defendants |
| Jack W. Higdon | Barclays Defendants |
| Lana Croffoot-Suede | Deutsche Bank Defendants |
| Alistair Dawson | Merrill Lynch |
| Eric Wade | Deutsche Bank Defendants |
| Ron Woods | Jeff Skilling |