IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SILVERCREEK MANAGEMENT, INC. ET AL., | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-03-0815 |
| SALMON SMITH BARNEY, INC., ET AL., | § § § § | |
| Defendants. | § | |

**SCHEDULING ORDER**

Pursuant the conference on September 16, 2011, the Court

ORDERS that the following new deadlines relating to Plaintiffs' Third Amended Complaint (#121) are in effect:

1. Financial Institution Defendants' responsive pleadings, presumably motions to dismiss--September 27, 2011;

2. Individual Defendants' responsive pleadings--September 30, 2011;

3. Plaintiffs' responses to motion(s) to dismiss-November 14, 2011;

4. Defendants' replies--December 9, 2011.

The Court will attempt to resolve these motions by January 16, 2012.

If appropriate, other motions, such as motions to reopen discovery, shall subsequently be filed by January 30, 2012.

Responses to these motions shall be due by February 20, 2012. Replies shall be filed by February 27, 2012.

**SIGNED** at Houston, Texas, this 16th day of September, 2011.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE