10k WIZARD
SEC POWER SEARCH

# FORM 424B3

## ENRON CORP/OR/ – ENRNQ

**Filed: August 03, 2001 (period: )**

Form of prospectus reflecting facts events constituting substantive change from last form

1

Filed pursuant to Rule 424(b)(3)
Registration No. 333-62168

ENRON CORP.
ZERO COUPON CONVERTIBLE SENIOR NOTES DUE 2021

PROSPECTUS SUPPLEMENT NO. 1

DATED AUGUST 3, 2001

TO PROSPECTUS DATED JULY 18, 2001
------------------

The selling securityholders table on page 43 of the prospectus is amended by this supplement no. 1 to include additional entities as selling securityholders and to list the current amounts of securities held by securityholders previously listed.

| NAME | PRINCIPAL AMOUNT AT MATURITY OF NOTES BENEFICIALLY OWNED THAT MAY BE SOLD HEREBY | PERCENTAGE OF NOTES OUTSTANDING | NUMBER OF SHARES OF COMMON STOCK THAT MAY BE SOLD HEREBY(1) | PERCENTAGE OF COMMON STOCK OUTSTANDING(2) | MATERIAL RELATIONSHIP |
|---|---|---|---|---|---|
| AIG SoundShore Opportunity Holding Fund Ltd. | $ 4,940,000 | 0.26% | 28,437.11 | *% | None |
| AIG SoundShore Holdings Ltd. | 8,687,000 | 0.46 | 50,006.72 | * | None |
| AIG SoundShore Strategic Holding Fund Ltd. | 2,973,000 | 0.16 | 17,114.07 | * | None |
| Alpha U.S. Sub Fund VIII, LLC | 500,000 | 0.03 | 2,878.25 | * | None |
| BBT Fund, LP | 65,000,000 | 3.41 | 374,172.50 | * | None |
| Credit Suisse First Boston | 23,000,000 | 1.21 | 132,399.50 | * | None |
| Deephaven Domestic Convertible Trading Ltd. | 18,750,000 | 0.98 | 107,934.38 | * | None |
| Goldman Sachs &Company | 52,255,000 | 2.74 | 300,805.91 | * | None |
| Innovest Finanzdienstleistungs | 935,000 | 0.05 | 5,382.33 | * | None |
| JMG Convertible Investments LP | 7,500,000 | 0.39 | 43,173.75 | * | None |
| JMG Capital Partners LP | 2,500,000 | 0.13 | 14,391.25 | * | None |
| JP Morgan Securities Inc | 54,040,000 | 2.83 | 311,081.26 | * | None |
| KBC Financial Products USA | 21,000,000 | 1.10 | 120,886.50 | * | None |
| Knight Securities LP | 750,000 | 0.04 | 4,317.38 | * | None |
| Nicholas Applegate Investment Grade Convertible | 30,000 | 0.01 | 172.70 | * | None |
| Royal Bank of Canada | 30,000,000 | 1.57 | 172,695.00 | * | None |
| Victory Capital Management as Agent for the Key Trust Convertible Securities Fund | 430,000 | 0.02 | 2,475.30 | * | None |
| Victory Capital Management as Agent for the EB Convertible Securities Fund | 2,440,000 | 0.13 | 14,045.86 | * | None |
| Victory Capital Management as Agent for the Charitable Convertible Securities Fund | 2,270,000 | 0.12 | 13,067.26 | * | None |
| Victory Capital Management as Agent for the Field Foundation of Illinois | 110,000 | 0.01 | 633.22 | * | None |
| Victory Capital Management as Agent for the GenCorp Foundation | 100,000 | 0.01 | 575.65 | * | None |
| Victory Capital Management as Agent for the Parker Key/Convertible | 570,000 | 0.03 | 3,281.21 | * | None |
| Victory Capital Management as Investment Manager for Health Foundation of Greater Cincinnati | 350,000 | 0.02 | 2,014.78 | * | None |
| Victory Capital Management as Investment Manager for Potlatch | 1,600,000 | 0.08 | 9,210.40 | * | None |
| Victory Capital Management as Agent for the Union Security Life Insurance Co... | 90,000 | 0.01 | 518.09 | * | None |
| Victory Capital Management as Agent for the Victory Invest Quality Bond Fund... | 230,000 | 0.01 | 1,324.00 | * | None |
| Victory Capital Management as Agent for the Key Trust Fixed Income Fund | 550,000 | 0.03 | 3,166.08 | * | None |
| Victory Capital Management as Agent for the Charitable Income Fund | 360,000 | 0.02 | 2,072.34 | * | None |

```
</TEXT>
</DOCUMENT>
```

Created by 10KWizard Technology    www.10KWizard.com