**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | x |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>ENRON CORP., et al.,<br><br>      Defendants. | Civil Action No. H-01-3624<br>(Consolidated) |
| This Document Relates to:<br><br>SILVERCREEK MANAGEMENT, INC., et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>CITIGROUP, INC., et al.,<br><br>      Defendants. | Civil Action No. H-03-0815<br>(Coordinated) |

**DECLARATION OF KIAH BEVERLY-GRAHAM IN SUPPORT OF
THE MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT
DEUTSCHE BANK'S MOTION TO DISMISS PLAINTIFFS'
<u>THIRD AMENDED COMPLAINT (DOCKET # 121)</u>**

I, KIAH BEVERLY-GRAHAM, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am an attorney in good standing with the law firm Linklaters LLP, attorneys for defendant Deutsche Bank AG and Deutsche Bank Securities Inc.[1] (collectively, "Deutsche Bank") in the above-captioned action, and I sumbit this Declaration in support of Deutsche Bank's Motion to Dismiss Plaintiffs' Third Amended Complaint. To the best of my knowledge, the exhibits attached hereto are true and complete copies of the relevant documents.

2.  Attached as Exhibit A is a true and correct copy of the the Private Placement Offering Memorandum dated January 31, 2001 referenced in Plaintiffs' Third Amended Complaint (the "TAC"). (E.g., TAC ¶ 148.)

3.  Attached as Exhibit B is a true and correct copy of the prospectus dated July 18, 2001 for the Enron Corp. Zero Coupon Convertible Senior Notes Due 2021, filed pursuant to Rule 424(b)(3) with the SEC on July 25, 2001, and referenced in the TAC. (E.g., TAC ¶ 150.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of September, 2011.

/s/ Kiah Beverly-Graham
Kiah Beverly-Graham

---

[1] Deutsche Bank Securities Inc. was formerly known as Deutsche Bank Alex.Brown Inc., which is named as a separate defendant in this action. Deutsche Bank Alex.Brown Inc. is no longer a legal entity subject to suit given its formal name change to Deutsche Bank Securities Inc. on or about March 29, 2002.