UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § | |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ENRON CORP., et al.,<br><br>Defendants. | § | Civil Action No. H-01-3624<br>**(Consolidated)** |
| This Document Relates to:<br><br>SILVERCREEK MANAGEMENT, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP, INC., et al.<br><br>Defendants. | § | Civil Action No. H-03-0815<br>(**Coordinated)** |

**UNOPPOSED MOTION BY THE FINANCIAL INSTITUTION DEFENDANTS TO EXTEND THE DEADLINE FOR MOTIONS TO REOPEN DISCOVERY**

The Financial Institution Defendants[1] file this unopposed motion to extend the deadline for the filing of motions to reopen discovery, and respectfully show the Court the following:

---

[1] JPMorgan Chase & Co., J.P. Morgan Securities Inc. (n/k/a J.P. Morgan Securities LLC), Merrill Lynch & Co., Inc., Deutsche Bank AG and Deutsche Bank Alex. Brown, Inc. (n/k/a Deutsche Bank Securities Inc.), Barclays Capital Inc., Barclays plc, Credit Suisse First Boston (USA), Inc. (n/k/a Credit Suisse (USA), Inc.), Credit Suisse First Boston LLC (n/k/a Credit Suisse Securities (USA) LLC) and Pershing LLC (f/k/a Donaldson, Lufkin & Jenrette Securities Corporation).

1. On September 16, 2011, the Court entered a Scheduling Order (Inst. No. 127) setting certain deadlines related to the then anticipated motions to dismiss Plaintiffs' Third Amended Complaint, including:

| | |
|---|---|
| September 27, 2011: | Motions to dismiss |
| November 14, 2011: | Plaintiffs' responses to motions to dismiss |
| December 9, 2011: | Defendants' replies |
| January 16, 2012: | Date by which the Court will attempt to resolve the motions |
| January 30, 2012: | Motions to reopen discovery, if appropriate. |

2. On November 10, 2011, in response to Plaintiffs' Agreed Motion to Amend the Briefing Schedule Relating to Defendants' Motions to Dismiss (Inst. No. 138), the Court entered an Amended Scheduling Order (Inst. No. 139) extending certain deadlines as follows:

| | |
|---|---|
| December 5, 2011: | Plaintiffs' responses to motions to dismiss |
| January 20, 2012: | Defendants' replies |
| February 20, 2012: | Date by which the Court will attempt to resolve the motions |
| March 1, 2012: | Motions to reopen discovery, if appropriate. |

3. In response to a request by the Financial Institutions (Inst. No. 144), the briefing schedule was amended again on January 19, 2012 (Inst. No. 145) extending the deadline for replies to January 27, 2012.

4. Under the current schedule, motions to reopen discovery are due on March 1, 2012. As contemplated by the Court's prior scheduling orders, the decision on the motions to dismiss will provide guidance on whether a motion to reopen discovery is needed.

5. Therefore, in order to avoid burdening the Court with discovery motions that may or may not be appropriate, the Financial Institutions request that the deadline for motions to reopen discovery be extended to 20 days following the Court's decision on the

motions to dismiss. The Financial Institutions further request that responses to any motion to reopen discovery be filed 20 days later, and any replies 10 days after the responses.

6. Plaintiffs do not oppose this request to extend the deadline for the filing of motions to reopen discovery.

THEREFORE, the Financial Institution Defendants respectfully request that the Court grant this unopposed motion, and enter an order extending the deadline by which motions to reopen discovery should be filed.

Dated: February 29, 2012

Respectfully submitted,

By: /s/ Lawrence D. Finder

Lawrence D. Finder
Texas Bar No. 07007200
Odean L. Volker
Texas Bar No. 20607715
HAYNES AND BOONE, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77002
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

OF COUNSEL:
Richard W. Clary
Julie A. North
Darin P. McAtee
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

ATTORNEYS FOR DEFENDANTS CREDIT SUISSE FIRST BOSTON (USA), INC. (N/K/A CREDIT SUISSE (USA), INC.), CREDIT SUISSE FIRST BOSTON LLC (N/K/A CREDIT SUISSE SECURITIES (USA) LLC) AND PERSHING LLC (F/K/A DONALDSON, LUFKIN & JENRETTE SECURITIES CORP.)

By: /s/ David H. Braff
David H. Braff
Marc De Leeuw
Jeffrey T. Scott
Joshua Fritsch

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Barry Abrams
(Attorney-in-Charge)
Southern District I.D. No. 2138
State Bar No. 00822700
BLANK ROME LLP
700 Louisiana, Suite 4000
Houston, TX 77002
Telephone: (713) 228-6601
Facsimile: (713) 228-6605

ATTORNEYS FOR DEFENDANTS
BARCLAYS PLC AND
BARCLAYS CAPITAL INC.

By: /s/ David J. Beck
David J. Beck
Texas Bar No. 00000070
Federal ID No. 919
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney Street
Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

OF COUNSEL:
Stuart J. Baskin
Herbert S. Washer
Adam S. Hakki
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-7216
Facsimile: (646) 848-7216

ATTORNEYS FOR DEFENDANT
MERRILL LYNCH & CO., INC.

By: /s/ Eric D. Wade
Eric D. Wade
Texas Bar No. 00794902
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6255

OF COUNSEL:
Lance Croffoot-Suede
Ruth Harlow
Kimberly Evans
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

ATTORNEYS FOR DEFENDANTS DEUTSCHE BANK AG AND DEUTSCHE BANK ALEX. BROWN, INC. (N/K/A DEUTSCHE BANK SECURITIES INC.)

By: /s/ Richard W. Mithoff
Richard W. Mithoff
Attorney-in-Charge
Texas Bar No. 14228500
S.D. Tex. Bar No. 2102
MITHOFF LAW FIRM
One Allen Center, Penthouse
500 Dallas Street
Houston, TX 77002
Telephone: (713) 654-1122
Facsimile: (713) 739-8085

OF COUNSEL:
Thomas C. Rice
David J. Woll
Jonathan K. Youngwood
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Charles A. Gall
Texas Bar No. 07281500
James W. Bowen
Texas Bar No. 02723305
HUNTON & WILLIAMS LLP
1445 Ross Ave., Suite 3700
Telephone: (214) 979-3000
Facsimile: (214) 880-0011

ATTORNEYS FOR DEFENDANTS JPMORGAN CHASE & CO. AND J.P. MORGAN SECURITIES INC. (N/K/A J.P. MORGAN SECURITIES LLC)

CERTIFICATE OF SERVICE

The undersigned certifies that on February 29, 2012, a copy of the foregoing instrument was served on the attorneys of record for all parties to the above cause through the CM/ECF System.

/s/Odean L. Volker
Odean L. Volker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § § § | |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, Plaintiffs, vs. ENRON CORP., et al., Defendants. | § § § § § § § § § § § § § | Civil Action No. H-01-3624 **(Consolidated)** |
| This Document Relates to: SILVERCREEK MANAGEMENT, INC., et al. Plaintiffs, vs. CITIGROUP, INC., et al. Defendants. | § § § § § § § § § § | Civil Action No. H-03-0815 (**Coordinated)** |

**ORDER EXTENDING DEADLINE FOR MOTIONS TO REOPEN DISCOVERY**

The Unopposed Motion By The Financial Institution Defendants To Extend The Deadline For Motions To Reopen Discovery is GRANTED.

Motions to reopen discovery, if appropriate, shall be filed 20 days after the Court's ruling on the motions to dismiss. A response to a motion to reopen

discovery shall be filed 20 days after the filing of the motion, and a reply is due 10 days thereafter.

SO ORDERED this ___ day of March, 2012.

_________________________________
Honorable Melinda Harmon
UNITED STATES DISTRICT JUDGE