IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION, | § § § | MDL 1446 |

| | | |
|---|---|---|
| MARK NEWBY, ET AL., | § § | |
| Plaintiffs | § § | |
| VS. | § § | CIVIL ACTION NO. H-01-3624 AND CONSOLIDATED CASES |
| ENRON CORPORATION, ET AL., | § § | |
| Defendants | § | |

| | | |
|---|---|---|
| SILVERCREEK MANAGEMENT, INC. ET AL., | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-03-0815 |
| SALMON SMITH BARNEY, INC., ET AL., | § § § | |
| Defendants. | § § | |

**ORDER**

The Court

ORDERS that the parties shall submit within thirty days a joint status report with a list of those motions which are still viable and pending.

**SIGNED** at Houston, Texas, this 9th day of July, 2013.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE